GRANTED
PER CURIAM
12/14/2020

PD-1053-19
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/9/2020 2:05 PM
Accepted 12/10/2020 9:26 AM
DEANA WILLIAMSON
CLERK

**NO. PD-1053-19**

**IN THE COURT OF CRIMINAL APPEALS**
**OF TEXAS**

FILED
COURT OF CRIMINAL APPEALS
12/10/2020
DEANA WILLIAMSON, CLERK

**ALLEN BRAY PUGH**
**Appellant,**
**v.**
**THE STATE OF TEXAS,**
**Appellee.**

On Appeal from the 42nd District Court
of Taylor County, Texas
Cause No. 26281-A
(Hon. James Eidson)


and


Cause No. 11-17-00216-CR

from the
COURT OF APPEALS FOR THE ELEVENTH JUDICIAL DISTRICT
EASTLAND, TEXAS

_____

**JEFFREY A. PROPST'S MOTION TO WITHDRAW AS COUNSEL**

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Now comes Jeffrey A. Propst, co-counsel for Allen Bray Pugh, and files this

Motion to Withdraw as Counsel.

CAUSE FOR WITHDRAWAL

Withdrawal of counsel is permissible when withdrawal can be accomplished

without material adverse effect on the interests of the client. TEX. DISC. R. OF

PROF'L CONDUCT 1.15(b)(1). Withdrawal of counsel in this case can be accomplished without material adverse effect on the interests of Mr. Pugh, because Mr. Pugh can rely on co-counsel, Rick Dunbar, who is listed as an attorney of record in this case and in the case from the appellate court.

Further, other good cause for withdrawal exists. *See* TEX. DISC. R. OF PROF'L CONDUCT 1.15(b)(7). Specifically, Jeffrey A. Propst is permanently closing his law practice in December 2020 to assume the role of District Judge in the 104th District Court of Taylor County, Texas, on January 1, 2021.

## CONSENT OF MR. PUGH

Mr. Pugh has been informed of the circumstances and the need for Jeffrey A. Propst to withdraw. Mr. Pugh consents to the withdrawal as is evidenced by the attached consent form.

## DEADLINES

There are currently no deadlines in this case. The case was submitted by oral argument and is awaiting decision.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Jeffrey A. Propst asks this Honorable Court to issue an order discharging him from the case as attorney for Allen Bray Pugh.

Respectfully submitted,

JEFFREY A. PROPST
Texas Bar No. 24064062
P.O. Box 3717
Abilene, Texas 79604
Tel. (325) 455-1599
Fax (325) 455-1507
Email: jeff@keithandpropst.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on the following on November 23, 2020:

Allen Bray Pugh, Appellant
by mail to TDCJ - Hughes Unit

Britt Lindsey, Attorney for the State of Texas
by email

Rick Dunbar, Attorney for Appellant
by email

JEFFREY A. PROPST

## CERTIFICATE OF COMPLIANCE

I hereby certify that according to the word count function of the word processing software used to draft this motion, the word count is 421 words.

JEFFREY A. PROPST

# CONSENT TO WITHDRAWAL OF ATTORNEY

I, Allen Bray Pugh, have been informed by my attorney that he is closing his law practice and wants to withdraw from my case. He has informed me of my right to oppose his motion to withdraw. I hereby consent to his withdrawal as my attorney.


DATE: _11-30-2020_


_____
ALLEN BRAY PUGH

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jeffrey Propst on behalf of Jeffrey Propst
Bar No. 24064062
jeff@keithandpropst.com
Envelope ID: 48789952
Status as of 12/10/2020 9:27 AM CST

Associated Case Party: AllenBrayPugh

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jeffrey Propst | | jeff@keithandpropst.com | 12/9/2020 2:05:36 PM | SENT |
| Rick Dunbar | | rickdunbar2013@gmail.com | 12/9/2020 2:05:36 PM | SENT |

Associated Case Party: State

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Britt Lindsey | | lindseyb@taylorcountytexas.org | 12/9/2020 2:05:36 PM | SENT |
| Stacey Soule | | information@spa.texas.gov | 12/9/2020 2:05:36 PM | SENT |